Walter Merced-Nieves
Fed.No. 14938-069
USP Allenwood - PO BOX 3000
White Deer, PA - 17887

April 13, 2006

Clerk Of The Court
United States District Court
Federico Degetau Federal Bldg.
150 Carlos Chardon Avenue
San Juan, PR - 00918-1767

In Re:   US-v Walter Merced-Nieves
Case No. 97-00072-*?* SEC

Dear Clerk,

I am in great need of assistance from your office. I need to know the name of the attorney who filed or was supposed to file an appeal for me in the above mentioned case. My trial attorney, John Ward Llambias, has had little to no contact with me, because he says he's not obligated to assist me anymore. So now I am lost as to how to obtain a copy of my appeal and a copy of the governments opposition motion to my appeal.

Herein, is my request, if possible, <u>please</u> give me some direction so that I can get these material. It's been quite hard for me, since I speak nor write english and I have to depend on jail-house lawyers for assistance. I want to begin a § 2255 but I have nothing to work with ....that's why I need your help.

Thank You,

*Walter merced Nieves*
Walter Merced-Nieves



Walter Merced-Nieves
Fed.No. 14938-069
USP Allenwood
P.O. Box 3000
White Deer, PA - 17887



MAILED FROM
U.S. PENITENTIARY

Clerk Of The Court
United States District Court
Federico Degetau Federal Bldg.
150 Carlos Chardon Avenue
San Juan, PR - 00918-1767

LEGAL MAIL

LEGAL MAIL

00918-1703-99 0025