Mr. Merced Nieves Walter
Reg. No. 14938-069
U.S.P. Allenwood
Post Office Box 3000
White Deer, Pennsylvania
17887-3000

March 17, 2008

Office of the Clerk
United States District Court
District of Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico
00918-1767

Re: <u>United States v. Merced Nieves Walter</u>, Case No. 97-Cr-0072 (SEC)

Dear Sir/Madam:

    I am writing your office respectfully seeking to obtain the sentencing transcripts in the above name criminal matter in which I was sentenced by the Court in December, 1998.

    Acquiring these transcripts is necessary in order for me to discern whether the recent retroactive amendments to the Sentencing Guidelines apply to my case.

    Thank you for your time and attention to this very important matter, and I look forward to hearing from your office soon. As an aside, I respectfully request that the extra copy of this letter, is file-stamped by your office and returned to me in the self addressed stamped envelope provided herein for my personal records, and to acknowledge receipt of the same.

                                     Very truly yours,

                                     *Walter Merced Nieves*
                                     Mr. Merced Nieves Walter
                                     Pro se Defendant