MR MERCED NIEVES WALTER
REG NO 14938 069
U S P ALLENWOOD
POST OFFICE BOX 3000
WHITE DEER  PENNSYLVANIA
17887 3000

MAILED FROM
U.S. ~~TIARY

MAR 18 2008

LEGAL MAIL

HARRISBURG PA 171

18 MAR 2008  PM 5 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
150 CARLOS CHARDON AVENUE
SAN JUAN PUERTO RICO
00918 1769

United States Penitentiary
Allenwood PA 17887
MAR - 8 2008